IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HELENA O. ABDEL KARIM, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-12-RP |
| MARCO RUBIO, Secretary of U.S. Department of State, | § § § § | |
| Defendant. | § § | |

**ORDER**

On March 17, 2025, Plaintiffs voluntarily dismissed all claims in this case. (Dkt. 5). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiffs' notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 18, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE